FILED
2015 Dec-16 AM 11:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| CHARLES CHUKWUMEZE ELERI,       ) | |
| )                               | |
| Petitioner,                   ) | |
| )                               | |
| v.                              ) | 4:14-cv-1919-JHH-JEO |
| )                               | |
| LORETTA E. LYNCH, United States ) | |
| Attorney General,               ) | |
| )                               | |
| Respondent.                   ) | |

## **MEMORANDUM OPINION**

This is an action on a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. (Doc. 1). Petitioner Charles Chukwumeze Eleri, *pro se*, contends that he is being illegally detained without bond pending his removal from the United States under the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1101 *et seq.* Eleri has also "requested" that the Government be required to supply a copy of the transcript of his bond hearing before an Immigration Judge (Doc. 12), and he has moved for an "expedited decision" on his habeas petition or, in the alternative, for an order transferring his habeas petition to the United States Court of Appeals for the Ninth Circuit. (Doc. 13). On December 1, 2015, the magistrate judge to whom the case was referred for preliminary review entered a report and recommendation pursuant to 28 U.S.C. § 636(b), that recommended as follows: (1) Eleri's request for a recording or transcript of his bond hearing is due to be denied; (2) his alternative motion to transfer this action to the Ninth Circuit is due to be denied; (3) his habeas petition is due to be dismissed in part and denied in part; and (4) his motion for an "expedited decision" on his habeas petition is moot. (Doc. 19). On December 11, 2015, Eleri filed objections to the magistrate judge's report and recommendation.

(Doc. 20).

An examination of Eleri's objections reveals that they repeat the same arguments that he has presented previously. It suffices to say that those arguments are adequately addressed by the magistrate judge's report and recommendation. Accordingly, Eleri's objections are **OVERRULED**. Having carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate judge's report and recommendation, and the petitioner's objections, the court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the petition for a writ of habeas corpus is due to be **DENIED IN PART AND DISMISSED IN PART**, as set forth in the report and recommendation; Eleri's motion for a recording or transcript of his bond hearing is due to be **DENIED**; his alternative motion for a transfer of this action to the Ninth Circuit is due to be **DENIED**; and his motion for an expedited decision on his habeas petition is **MOOT**. A separate final order will be entered.

It is **SO ORDERED**, this the 16th day of December, 2015.

_____
SENIOR UNITED STATES DISTRICT JUDGE